FILED

06/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0565

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0565

_____

MONTANA ENVIRONMENTAL
INFORMATION CENTER,

      Petitioner and Appellee,

  v.

MONTANA DEPARTMENT OF PUBLIC SERVICE
REGULATION, MONTANA PUBLIC SERVICE
COMMISSION, and NORTHWESTERN
CORPORATION d/b/a/ NORTHWESTERN
ENERGY,

      Respondents and Appellants.

                                   O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable James A. Manley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 10 2020